Hulick, Appellant, *v.* Campbell.

Argued April 29, 1931.

Before TREXLER, P. J., KELLER, LINN, GAWTHROP, CUNNINGHAM, BALDRIGE and DREW, JJ.

574

576

*Martin Croissant,* for appellant.

No appearance and no brief for appellee.

PER CURIAM, July 8, 1931:
The decree is affirmed on the opinion of the court below.

Costs on this appeal to be paid by appellant.